JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJIV GOEL M.D., INC. a California Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:14-cv-2406 MWF (FFmX)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to the Joint Stipulation to Dismiss Entire Action executed by and between Plaintiff and Counter-Defendant SANJIV GOEL, M.D. and Defendant and Counter-Claimant AETNA LIFE INSURANCE COMPANY, INC. the court orders this matter dismissed with prejudice, including all claims and counter-claims, and all future hearing dates and deadlines are hereby vacated.

IT IS SO ORDERED.

DATED: April 9, 2015

*/s/ Michael W. Fitzgerald*

JUDGE, U.S. DISTRICT COURT

14-cv-2406 MWF (FFmX)

[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE